JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR PAZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 10,<br><br>Defendants | CASE NO. CV 13-2612 PA (JCGx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. Proc. 41(a)(1)(A)(i)]**<br><br>Date Action Filed: April 15, 2013<br>Trial Date: TBD |

Pursuant to Plaintiff Salvador Paz's Notice of Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED dismissing this cause without prejudice, the parties to bear their own costs and fees.

DATE: May 10, 2013

_____
Judge Percy Anderson